US Bankruptcy Court

District of Minnesota

Case Name:   Matthew Ratliff

Case Number:   23-50330

NOTICE OF HEARING

RECEIVED BY MAIL

JUL 1 7 2023

TIME_____
Clerk, U.S. Bankruptcy Court
Duluth, Minnesota

TO:   Amanda Rosback
Attorney for Debtor
13 Seventh Ave South
St. Cloud, MN  56301

Matthew Ratliff
412 York Street
Pine River, MN  56474

Richard Stermer
Trustee
102 Parkway DR
PO Box 514
Montevideo, MN  56265

PLEASE TAKE NOTICE that on the 1st day of August, 2023 at 1030 a.m. the Motion for Relief from Stay shall come on for hearing before the Honorable Judge Fisher, Judge of the above-entitled court. The hearing will be conducted telephonically.

> Please dial 1-888-684-8852 to call in for the hearing. When prompted, enter access code: 5988550. When prompted, enter security code: 0428. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

Dated:  July 12, 2023

_/s/ Nathan Walker_
Signature

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion was served on the above-entitled parties at their respective addresses by depositing the same in the United States mail, postage prepaid on July 12, 2023.

Dated: July 12, 2023

_/s/ Nathan Walker_
Signature

US Bankruptcy Court

District of Minnesota

Case Name:  Matthew Richard Ratliff

Case Number:    23-50330

RECEIVED BY MAIL

JUL 1 7 2023

TIME_____
Clerk, U.S. Bankruptcy Court
Duluth, Minnesota

## MOTION FOR RELIEF FROM STAY

The Movant is landlord for the Debtor and requests an order dissolving the automatic stay to allow the Movant to proceed with an eviction.  The Movant submits the following:

1. The Movant has a written lease with the debtor signed on November 1, 2022, for a home located in Pine River, Minnesota.  The Movant is listed as a creditor in the bankruptcy.

2. The Debtor has failed to pay rent for the months of April, May, June and July.

3. The Debtor has failed to pay the water and sewer bills as agreed upon in the lease.

4. The Debtor is smoking in the house which is a violation of the terms of the lease.

5. The Debtor is not taking care of the yard and the city is going to issue a citation to the Movant for the debtor's failure to mow and to clean up the yard.

The Movant is requesting an order from the court granting Movant relief from the automatic stay to permit the Movant to proceed with the eviction.

Respectfully submitted,

*[signature]*
Nathan Walberg

RECEIVED BY MAIL

JUL 1 7 2023

TIME_____
Clerk, U.S. Bankruptcy Court
Duluth, Minnesota

Nathan Walberg
29349 Patriot Avenue
Pequot Lakes, MN 56472
(218) 851-1101

July 12, 2023

US Bankruptcy Court
District of Minnesota
515 W 1st Street
Duluth, MN 55802

RE: Matthew Radliff
Case Number: 23-50330

Dear Clerk:

Enclosed for filing is Notice, Certification of Service, Motion for Relief from Stay and the filing fee.

Please enter this matter on Judge Fisher's calendar. I can be reached by phone at 218-851-1101 if there is any additional information that you need.

Sincerely,

*[signature]*
Nathan Walberg