

# Abstract of Title

*To the following described Real Estate situated in Cass County, Minnesota:*

Lots Nineteen (19), Twenty (20) and Twenty-one (21), Block Two (2), Plat of Forbes Addition to the Village of Pine River, according to the map or plat thereof on file and of record in the office of the Register of Deeds for Cass County, Minnesota.

