# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Matthew Richard Ratliff                                                    Case No. 23-50330

        Debtor.                                                                              Chapter 7

## ORDER GRANTING RELIEF FROM STAY

        This case is before the court on the motion of Nathan Walberg for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

        Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED**:

1.    The motion for relief from stay is granted as follows.

2.    The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

Lots Nineteen (19), Twenty (20), and Twenty-one (21), Block Two (2), Plat of Forbes Addition to the Village of Pine River, according to the map or plat thereof on file and of record in the office of the Register of Deeds for Cass County, Minnesota.
        Commonly known as: 412 York Street, Pine River MN 56474.

3.      Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: *August 01, 2023*

*/e/William J. Fisher*

William J. Fisher
United States Bankruptcy Judge