UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Chapter 7 Bky |
| Matthew Richard Ratliff | Case No. 23-50330 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Kristin Neff, hereby certify: that I am a deputy clerk in the office of the U.S. Bankruptcy Court for the District of Minnesota; that on August 1, 2023 true and correct copies of the annexed:

**Order (Docket #15)**

was placed by me in an individual official envelope; that said envelope was addressed to the last known address appearing hereinafter; that said envelope was sealed and on the day aforesaid were placed in the United States mails to:

Nathan Walberg
29349 Patriot Ave
Pequot Lakes MN  56472

and this certificate was made by me.

*/e/ Kristin N.*
Deputy clerk